# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>Joshua Cameron Hanes,<br>　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　CR 21-134(1) DWF/TNL<br>Date:　　October 21, 2021<br>Court Reporter: Renee Rogge<br>Courthouse:　St. Paul<br>Courtroom:　7C<br>Time Commenced:　9:11 AM<br>Time Concluded:　10:16 AM<br>Time in Court:　1 Hour & 5 Minutes |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

　For Plaintiff:　David P. Steinkamp, Assistant United States Attorney
　For Defendant:　Joshua Cameron Hanes, x CJA

**x Sentencing.**

IT IS ORDERED:　Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | X | | 110 months | | 3 years | | |
| 3 | X | | 110 months | | 5 years | | |

**Said terms to run  x concurrently.**

x Special conditions of:　**See J&C for special conditions**
　x Defendant sentenced to pay:
　　　x Special assessment in the amount of $200.00.

　x Plea and plea agreement accepted.
　x On Motion of the Gov't., Count 1 of the indictment is dismissed.
　x Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/L. Sampson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy